IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| COURTENEY L. KNIGHT, | : | |
| MICHAEL A. SLADE, JR., | : | |
| JOAN WOODS CHALKER | : | |

## ORDER

**AND NOW**, this  3rd  day of  July , 2013, upon consideration of Defendant Courteney L. Knight's Motion for a Bill of Particulars (ECF No. 65), Michael A. Slade, Jr.'s Motion for a Bill of Particulars (ECF No. 68), and Joan Woods Chalker's Motion for a Bill of Particulars (ECF No. 72), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**