IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| | : | |
| JOAN WOODS CHALKER | : | |

## **ORDER**

**AND NOW**, this  28th  day of   August  , 2013 upon consideration of Defendant Joan Woods Chalker's Motion to Sever (ECF No. 127), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                **BY THE COURT:**

                _____
                **R. BARCLAY SURRICK, J.**